UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-cv-22664-KMW

VICTOR ARIZA,

    Plaintiff,

v.

BURBERRY LIMITED CO.
a foreign for-profit corporation,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Victor Ariza and Defendant Burberry Limited Co., by and through their undersigned counsel, hereby give the Court notice that the parties have reached a resolution in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

The Parties therefore request this Court vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all claims will be filed within 60 days.

Dated: October 25, 2024          Respectfully submitted,

| | |
|---|---|
| *By: /s/ Roderick V. Hannah* | *By: /s/ Beth S. Joseph* |
| Roderick V. Hannah | Beth Joseph |
| RODERICK V. HANNAH, ESQ., P.A. | Florida Bar No. 0062952 |
| 4800 N. Hiatus Road | Email: beth.joseph@morganlewis.com |
| Sunrise, FL 33351 | Morgan, Lewis & Bockius LLP |
| Telephone: (954) 362-3800 | 600 Brickell Avenue |
| Email: rhannah@rhannahlaw.com | Suite 1600 |
| | Miami, FL 33131-3075 |
| | Telephone: 305.415.3330 |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant* |
| Pelayo M. Duran | |
| Law Offices of Pelayo Duran, P.A. | |

4640 N.W. 7th Street
Miami, FL 33126
Telephone: (305) 266-9780
Email: duranandassociates@gmail.com

*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Beth S. Joseph*
Beth S. Joseph

## SERVICE LIST

| | |
|---|---|
| Roderick V. Hannah<br>RODERICK V. HANNAH, ESQ., P.A.<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>Telephone: (954) 362-3800<br>Email: rhannah@rhannahlaw.com<br><br>*Counsel for Plaintiff* | Pelayo M. Duran<br>Law Offices of Pelayo Duran, P.A.<br>4640 N.W. 7th Street<br>Miami, FL 33126<br>Telephone: (305) 266-9780<br>Email: duranandassociates@gmail.com<br><br>*Co-Counsel for Plaintiff* |